UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62280-CIV-ZLOCH

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA
KENNEDY,

    Plaintiffs,

vs.

**FINAL ORDER OF DISMISSAL**

KING'S SUPER BUFFET, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation For Settlement (DE 11) filed herein by all Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation For Settlement (DE 11) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

    4. The Court will retain jurisdiction over the above-styled

cause solely for the purpose of enforcing the Parties' Stipulation (DE 11).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   11th   day of January, 2012.

```
                                    /s/ William J. Zloch
                                    WILLIAM J. ZLOCH
                                    United States District Judge
```

Copies furnished:

All Counsel of Record